FILED
John E. Triplett, Clerk of Court
United States District Court

*By jamesburrell at 3:46 pm, Feb 19, 2025*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **INFORMATION NO.** 4:25cr-26 |
| | ) |
| **v.** | ) |
| | ) |
| **CHRISTOPHER MAGWOOD II** | ) **21 U.S.C. § 843(b)** |
| | ) **Use of Communication Facility** |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT ONE
*Use of Communication Facility*
21 U.S.C. § 843(b)

On or about July 26, 2023, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**CHRISTOPHER MAGWOOD II,**

knowingly and intentionally used a communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, Conspiracy to Possess with Intent to Distribute, and to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

[Signatures on Following Page]

TARA M. LYONS
ACTING UNITED STATES ATTORNEY


 02/19/2025   
Date

*E. Greg Gilluly*
E. Greg Gilluly
Deputy Chief, Criminal Division


 02/19/2025   
Date

Marcela C. Mateo
Assistant United States Attorney

2